# The Alabama Court of Civil Appeals



SETH P. RHODEBECK
CLERK

300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741
TELEPHONE 334-229-0733

LYNN DEVAUGHN
ASSISTANT CLERK

June 27, 2025

CL-2024-0857

A.A. v. A.M. and C.M. (Appeal from Lauderdale Juvenile Court:  JU-24-462.01).

CL-2024-0858

M.A. v. A.M. and C.M. (Appeal from Lauderdale Juvenile Court:  JU-24-462.01).

## <u>NOTICE</u>

You are hereby notified that the following action was taken in the above cause by the Court of Civil Appeals:

Application for Rehearing Overruled. No opinion written on rehearing.

Moore, P.J., and Edwards, Hanson, and Fridy, JJ., concur.

Seth P. Rhodebeck, Clerk